AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

FILED
APR - 3 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

GUSSIE LEE WILLIAMS and
GEORGE WILLIAMS,
    Plaintiffs,

v.

UNITED STATES OF AMERICA,
    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    SA 06 CA 184 PM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that defendant's motion to dismiss or, in the alternative, motion for summary judgment is GRANTED and plaintiffs' claim under the FTCA for medical malpractice is DISMISSED. All other requested relief is DENIED.

APRIL 3, 2007
Date

WILLIAM G. PUTNICKI
Clerk

Rosanne M. Garza
(By) Deputy Clerk